**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>MARINER ATLANTIC MULTI-STRATEGY, LLC,<br><br>Applicant,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Proceedings Pending in the Swiss Confederation. | Case No. 26-mc-479 |

## *EX PARTE* PETITION FOR JUDICIAL ASSISTANCE IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Mariner Atlantic Multi-Strategy, LLC ("**Applicant**" or "**Mariner**"), hereby respectfully requests an Order in the form attached hereto permitting Applicant to obtain limited discovery under 28 U.S.C. § 1782 ("**Section 1782**") from: (i) Federal Reserve Bank of New York (the "**Federal Reserve**") and (ii) the Clearing House Interbank Payments System ("**CHIPS**") (together, the "**Discovery Targets**") in connection with currently pending legal proceedings in Switzerland. In support of its Application, Mariner submits a Memorandum of Law and attach the Declarations of Guillaume Tattevin and Jillian Fitzpatrick.

Dated: September 29, 2026

Respectfully submitted,


OF COUNSEL:
(*pro hac vice* forthcoming)

Edward M. Mullins (FL Bar No. 863920)
Felipe Berer (D.C. Bar No. 492352)
Reed Smith LLP
200 South Biscayne Blvd, Suite 2600
Miami, FL 33131
(786) 747-0200
Email: emullins@reedsmith.com
Email: fberer@reedsmith.com

**REED SMITH LLP**

*/s/ Jillian Fitzpatrick*
Jillian Fitzpatrick
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Email: jfitzpatrick@reedsmith.com

*Counsel for Applicant Mariner Atlantic Multi-Strategy, LLC*